

# NUMBER 13-08-00626-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

KIMBERLY LONGBINE A/K/A KIMBERLY BOLER
A/K/A KIMBERLY COQUAT,                                                  Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

---

### On Appeal from the 347th District Court
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam

Appellant, Kimberly Longbine a/k/a Kimberly Boler a/k/a Kimberly Coquat, by and through her attorney, has filed a motion to dismiss her appeal because she no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure

42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no

motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM


Do not publish. *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this 17th day of September, 2009.